FILED
MAR 04 2021
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY CLERK

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## SAN ANTONIO DIVISION

| | |
|---|---|
| USA<br>*Plaintiff*<br><br>vs.<br><br>(1) Treniss Jewell Evans III<br>*Defendant* | Case Number: SA:21-MJ-00234(1) |

## ORDER SETTING IDENTITY/PRELIMINARY/BOND STATUS HEARING

IT IS HEREBY ORDERED that the above entitled and numbered case is set for **10:00 AM, in Courtroom C, on the 4th Floor in the John H. Wood, Jr. United States Courthouse, 655 East Cesar E. Chavez Boulevard, San Antonio, TX on Friday, March 19, 2021.**

IT IS FURTHER ORDERED that the Clerk of Court shall send a copy of this order to the defendant, counsel for defendant, the United States Attorney, U.S. Pretrial Services, United States Probation Office. Further, counsel for the defendant shall notify the defendant of this setting. If the defendant is on bond, he/she shall be present.

IT IS SO ORDERED this **4th day of March, 2021.**

HENRY J. BEMPORAD
UNITED STATES MAGISTRATE JUDGE

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
### SAN ANTONIO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br>*Plaintiff,*<br><br>vs.<br><br>(1) TRENISS JEWELL EVANS III<br>*Defendant* | §<br>§<br>§  No.: SA:21-M -00234(1) HJB<br>§<br>§  REF: 1:21-MJ-00258<br>§<br>§<br>§ |

## WAIVER OF RULE 5 & 5.1 HEARINGS
### (Excluding Probation Cases)

I, _____(1) TRENISS JEWELL EVANS III_____ understand that in the _____USDC District of Columbia_____ charges are pending alleging violation of _____18:1512(c)(2)&2; 18:1752(a)(1)&(2); 40:5104(e)(2)(D)&(G)_____

and that I have been arrested in this district and taken before a United States Magistrate, who informed me of the charge and of my right to:

(1) retain counsel or request the assignment of counsel if I am unable to retain counsel: (2) an identity hearing to determine whether I am the person named in the charge(s); (3) a preliminary hearing (unless an indictment has been returned or an information filed) to determine whether there is probable cause to believe an offense has been committed by me, the hearing to be held in this district or the district of prosecution; (4) request transfer of the proceedings to this district under Federal Rule of Criminal Procedure 20, in order to plead guilty.

I HEREBY WAIVE (GIVE UP) MY RIGHT TO A(N):

(   )   Identity Hearing.

(   )   Preliminary Hearing.

(   )   Detention Hearing

(   )   Identity Hearing and I have been informed I have no right to a preliminary examination.

(   )   Identity Hearing but request a preliminary and/or detention hearing be held in the prosecuting district and therefore, consent to the issuance of an order requiring my appearance in the prosecuting district where the charge is pending against me.

_____
(1) TRENISS JEWELL EVANS III, *Defendant*

_____
Date

_____
Robbie L. Ward
*Counsel for Defendant*