UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, § § | |
| Plaintiff, § § | |
| vs. § | CRIMINAL NO. SA-21-MJ-0234-HJB |
| § | |
| TRENISS JEWELL EVANS, III § § | |
| Defendant. § | |

## NOTICE OF ATTORNEY APPEARANCE

The Clerk of the above Court will please note the appearance of the undersigned as co-counsel for the Plaintiff, United States of America, in the above-captioned case. It is requested that service of copies of all notices, pleadings and other papers be effected upon the United States Attorney for the Western District of Texas, addressed as follows:

> Mark T. Roomberg
> Assistant United States Attorney
> 601 N.W. Loop 410, Suite 600
> San Antonio, Texas 78216

> Respectfully submitted,
>
> ASHLEY C. HOFF
> United States Attorney
>
> By:    /s/
>    MARK T. ROOMBERG
>    Assistant United States Attorney
>    State Bar No. 24062266
>    601 N.W. Loop 410, Suite 600
>    San Antonio, TX 78216
>    Tel: (210) 384-7150

## CERTIFICATE OF SERVICE

    I hereby certify that on the 16th day of March 2021, I electronically filed the foregoing with the Clerk of court using the CM/ECF system which will send notification of such filing to the Attorney of Record.

                                                  /s/
                                      MARK T. ROOMBERG
                                      United States Attorney