# U.S. District Court [LIVE]
# Western District of Texas (San Antonio)
# CRIMINAL DOCKET FOR CASE #: <u>5:21–mj–00234–HJB</u>–1

Case title: USA v. Evans                                 Date Filed: 03/04/2021

---

Assigned to: Judge Henry J. Bemporad

**<u>Defendant (1)</u>**

**Treniss Jewell Evans, III**          represented by    **Robbie L. Ward**
                                                          Law Office Of Robbie Ward
                                                          530 Lexington Ave.
                                                          San Antonio, TX 78215
                                                          2107588500
                                                          Email: <u>robbieleaward@yahoo.com</u>
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*
                                                          *Designation: Retained*

**<u>Pending Counts</u>**                                **<u>Disposition</u>**

None

**<u>Highest Offense Level (Opening)</u>**

None

**<u>Terminated Counts</u>**                             **<u>Disposition</u>**

None

**<u>Highest Offense Level (Terminated)</u>**

None

**<u>Complaints</u>**                                    **<u>Disposition</u>**

18 U.S.C. §§ I 5 I 2(c)(2) & 2–
Obstruction of Justice/Congress,
18 U.S.C. § I 752(a)(l) & (2) –
Knowingly Entering or Remaining
in any Restricted Building or
Grounds Without Lawful
Authority, 40 U.S.C. § 5 I
04(e)(2)(O) & (G) – Violent Entry
and Disorderly Conduct on
Capitol Grounds.

**Plaintiff**

**USA**  represented by  **William R. Harris**
Assistant United States Attorney
601 NW Loop 410, #600
San Antonio, TX 78216–5512
(210) 384–7025
Fax: 210/384–7028
Email: bill.harris@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Page | Docket Text |
|---|---|---|---|
| 03/04/2021 | 1 | 3 | Arrest (Rule 5/Rule 32.1) of Treniss Jewell Evans, III (cd) (Entered: 03/05/2021) |
| 03/04/2021 | 2 | | Minute Entry for proceedings held before Judge Henry J. Bemporad:Initial Appearance in Rule 5(c)(3)/ Rule 32.1 Proceedings as to Treniss Jewell Evans, III held on 3/4/2021 (Minute entry documents are not available electronically.) (Court Reporter FTR Gold.) (cd) (Entered: 03/05/2021) |
| 03/04/2021 | 3 | 12 | ORDER SETTING IDENTITY/PRELIMINARY/ BOND STATUS HEARING as to Treniss Jewell Evans, III, ( Bond Hearing / Preliminary Hearing/ Identity Hearing set for 3/19/2021 10:00 AM before Judge Henry J. Bemporad,). Signed by Judge Henry J. Bemporad. (cd) (Entered: 03/05/2021) |
| 03/04/2021 | 4 | 14 | ORDER Setting Conditions of Release as to Treniss Jewell Evans III (1) $10,000 Unsecured.. Signed by Judge Henry J. Bemporad. (cd) (Entered: 03/05/2021) |
| 03/04/2021 | 5 | 18 | Unsecured Bond Filed as to Treniss Jewell Evans, III in amount of $ 10,000. (cd) (Entered: 03/05/2021) |
| 03/12/2021 | 6 | 21 | Waiver of Preliminary Hearing by Treniss Jewell Evans, III (Ward, Robbie) (Entered: 03/12/2021) |
| 03/16/2021 | 7 | 22 | NOTICE OF ATTORNEY APPEARANCE Mark T. Roomberg appearing for USA. (Roomberg, Mark) (Entered: 03/16/2021) |
| 03/19/2021 | 8 | | Minute Entry for proceedings held before Judge Henry J. Bemporad:Bond Hearing as to Treniss Jewell Evans, III held on 3/19/2021 (Minute entry documents are not available electronically.) (Court Reporter FTR Gold.) (cd) (Entered: 03/19/2021) |

AO 442 (Rev. 11/11) Arrest Warrant

FILED

# UNITED STATES DISTRICT COURT

for the

District of Columbia

MAR 0 4 2021

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

United States of America

v.

Treniss Jewell Evans III

_____

*Defendant*

SA: 21-MJ-00234

Case: 1:21-mj-00258
Assigned to: Judge Faruqui, Zia M
Assign Date: 2/24/2021
Description: COMPLAINT W/ARREST WARRANT

)
)
)
)
)
)

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*                          Treniss Jewell Evans III                          ,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment      ☐ Superseding Indictment      ☐ Information      ☐ Superseding Information      ☒ Complaint

☐ Probation Violation Petition      ☐ Supervised Release Violation Petition      ☐ Violation Notice      ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. §§ 1512(c)(2) & 2- Obstruction of Justice/Congress;
18 U.S.C. § 1752(a)(1) & (2) - Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority;
40 U.S.C. § 5104(e)(2)(D) & (G) - Violent Entry and Disorderly Conduct on Capitol Grounds.

Date:      02/24/2021

City and state:           Washington, D.C.

2021.02.24
14:57:11 -05'00'

*Issuing officer's signature*

ZIA M. FARUQUI, U.S. MAGISTRATE JUDGE

*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____ at *(city and state)* _____ . |
| Date: _____               _____ |
|                *Arresting officer's signature* |
|                _____ |
|                *Printed name and title* |

3

AO 91 (Rev. 11/11)  Criminal Complaint

FILED

MAR 0 4 2021

# UNITED STATES DISTRICT COURT
### for the

District of Columbia

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

| | |
|---|---|
| United States of America <br> v. <br><br> Treniss Jewell Evans III <br> DOB: XXXXXX <br><br><br> _____ <br> *Defendant(s)* | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

SA: 21-mj-00234
Case: 1:21-mj-00258
Assigned to: Judge Faruqui, Zia M
Assign Date: 2/24/2021
Description: COMPLAINT W/ARREST WARRANT

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____January 6, 2021_____ in the county of _____ in the

_____ in the District of ___Columbia___ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. §§ 1512(c)(2) & 2- Obstruction of Justice/Congress, | |

18 U.S.C. § 1752(a)(1) & (2) - Knowingly Entering or Remaining in any Restricted Building or
Grounds Without Lawful Authority,

40 U.S.C. § 5104(e)(2)(D) & (G) - Violent Entry and Disorderly Conduct on Capitol Grounds.

This criminal complaint is based on these facts:

See attached statement of facts.

☒ Continued on the attached sheet.

_____
*Complainant's signature*

Robert Mayo, Special Agent
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1
by telephone.

Date: ___02/24/2021___

2021.02.24
14:56:37 -05'00'

_____
*Judge's signature*

ZIA M. FARUQUI, U.S. MAGISTRATE JUDGE
*Printed name and title*

City and state: _____Washington, D.C._____

4

### STATEMENT OF FACTS

Your affiant, Robert Mayo, is a Special Agent assigned to the Federal Bureau of Investigation's Washington Field Office. I am assigned to investigate various criminal matters in the Washington D.C. region. In preparation for this assignment, and as part of my continuing education, I have completed various trainings, including organizational sponsored computer training as well as computer training at the SANS institute. I have participated in all aspects of criminal investigations, including arrest operations, swearing out search warrants, conducting physical surveillance, telephone, e-mail, and financial analysis obtained as a result of subpoenas, subject interviews, witness interviews, electronic surveillance, and operations of confidential human sources. I am a Special Agent with the FBI, within the meaning of 18 U.S.C. § 3052, and as such I am authorized to investigate crimes involving computer intrusions and other financial crimes stated under federal law, including Title 18 of the United States Code. Currently, I am a tasked with investigating criminal activity in and around the Capitol grounds on January 6, 2021. As a Special Agent, I am authorized by law or by a Government agency to engage in or supervise the prevention, detention, investigation, or prosecution of a violation of Federal criminal laws.

#### *Background – The U.S. Capitol on January 6, 2021*

The U.S. Capitol is secured 24 hours a day by U.S. Capitol Police. Restrictions around the U.S. Capitol include permanent and temporary security barriers and posts manned by U.S. Capitol Police. Only authorized people with appropriate identification were allowed access inside the U.S. Capitol. On January 6, 2021, the exterior plaza of the U.S. Capitol was also closed to members of the public.

On January 6, 2021, a joint session of the United States Congress convened at the United States Capitol, which is located at First Street, SE, in Washington, D.C. During the joint session, elected members of the United States House of Representatives and the United States Senate were meeting in separate chambers of the United States Capitol to certify the vote count of the Electoral College of the 2020 Presidential Election, which had taken place on November 3, 2020. The joint session began at approximately 1:00 p.m. Shortly thereafter, by approximately 1:30 p.m., the House and Senate adjourned to separate chambers to resolve a particular objection. Vice President Mike Pence was present and presiding, first in the joint session, and then in the Senate chamber.

As the proceedings continued in both the House and the Senate, and with Vice President Mike Pence present and presiding over the Senate, a large crowd gathered outside the U.S. Capitol. As noted above, temporary and permanent barricades were in place around the exterior of the U.S. Capitol building, and U.S. Capitol Police were present and attempting to keep the crowd away from the Capitol building and the proceedings underway inside.

At such time, the certification proceedings were still underway and the exterior doors and windows of the U.S. Capitol were locked or otherwise secured. Members of the U.S. Capitol Police attempted to maintain order and keep the crowd from entering the Capitol; however, shortly around 2:00 p.m., individuals in the crowd forced entry into the U.S. Capitol, including by breaking windows and by assaulting members of the U.S. Capitol Police, as others in the crowd encouraged and assisted those acts.

Shortly thereafter, at approximately 2:20 p.m. members of the United States House of Representatives and United States Senate, including the President of the Senate, Vice President Mike Pence, were instructed to—and did—evacuate the chambers. Accordingly, the joint session of the United States Congress was effectively suspended until shortly after 8:00 p.m. Vice President Pence remained in the United States Capitol from the time he was evacuated from the Senate Chamber until the sessions resumed.

During national news coverage of the aforementioned events, video footage which appeared to be captured on mobile devices of persons present on the scene depicted evidence of violations of local and federal law, including scores of individuals inside the U.S. Capitol building without authority to be there.

### Facts Specific to TRENISS EVANS

The FBI received multiple tips from the public, related to the events that occurred at the United States Capitol on January 6, 2021. On approximately January 12, 2021 a tipster ("WITNESS 1") provided information specifically related to TRENISS EVANS. As this tipster requested to remain anonymous, the information was not verified. WITNESS 1 disclosed to law enforcement that they were an acquaintance of one of EVANS' family members. Based on information communicated through a third party, WITNESS 1 stated that they understood EVANS was present at the Capitol on January 6, 2021. Furthermore, WITNESS 1 understood EVANS to have "taken shots of fireball" in Nancy Pelosi's office and captured video of the days' events on his cellular telephone. WITNESS 1 also provided a picture of EVANS which may be observed below:[1]



On approximately January 15, 2021, another tipster provided a URL to a Facebook page which showed video of people outside the United States Capitol Building on January 6, 2021.[2]

---

[1] The face of the other individual pictured in the photograph has been obscured.

[2] https://www.facebook.com/NowThisPolitics/videos/529897831302581

Your affiant has viewed this video, and it shows scenes from what appear to be events related to the rioting and other offenses at the Capitol Building. In the video, an individual matching the above photo provided by WITNESS 1 appears at the steps of the Capitol Building with a megaphone. He is heard saying, "I don't support looting, I don't support the violence, I support a peaceful protest to put them on notice that we the people demand justice." A picture from the video may be observed below:



On January 17, 2021, FBI Special Agents attempted to interview EVANS at his residence located in Canyon Lake, Texas. EVANS confirmed his identity and provided the Agents with his telephone number (hereinafter "TELEPHONE 1"). EVANS informed the agents that he had retained counsel who had advised that he not talk to them without his lawyer present. Your affiant has spoken with these agents who have confirmed that the above photographs of EVANS match the description of the person they attempted to interview when they approached EVANS on January 17, 2021.

### *Location Information Associated with EVANS*

According to records obtained through a search warrant which was served on Google, a mobile device associated with an anonymized Identification Number of 1798971945 ("TARGET DEVICE 1") was present at the U.S. Capitol on January 6, 2021. Google estimates device location using sources including GPS data and information about nearby Wi-Fi access points and Bluetooth beacons. This location data varies in its accuracy, depending on the source(s) of the data. As a result, Google assigns a "maps display radius" for each location data point. Thus, where Google estimates that its location data is accurate to within 10 meters, Google assigns a "maps display radius" of 10 meters to the location data point. Finally, Google reports that its "maps display radius" reflects the actual location of the covered device approximately 68% of the time. In this case, Google location data shows that a device associated with TARGET DEVICE 1 was within

the U.S. Capitol on January 6, 2021 during the offenses described above. For certain periods on January 6, Google records show that the "maps display radius" for this location data encompasses an area that is entirely within the U.S. Capitol Building.

Law enforcement officers, to the best of their ability, have compiled a list (the "Exclusion List") of any Identification Numbers, related devices, and information related to individuals who were authorized to be inside the U.S. Capitol during the events of January 6, 2021, described above. Such authorized individuals include: Congressional Members and Staffers, responding law enforcement agents and officers, Secret Service Protectees, otherwise authorized governmental employees, and responding medical staff.

TARGET DEVICE 1 is not on the Exclusion List. Accordingly, I believe that the individual possessing this device was not authorized to be within the U.S. Capitol Building on January 6, 2021.

Records provided by Google revealed that the device with the anonymized Identification number of 1798971945 (*i.e.*, TARGET DEVICE 1) belonged to a Google account registered in the name of "Treniss Evans." The Google user ID for the account incorporates the name "Treniss," and a Microsoft Hotmail email account listed as a recovery account for the Google account also incorporates the name "Treniss." The Google account also lists a recovery SMS phone number that matches TELEPHONE 1, the telephone number that EVANS provided to FBI agents on January 17, 2021.

*CCTV Footage*

On February 10, 2021 the United States Capitol Police provided the FBI closed circuit television footage ("CCTV") which was captured by security cameras inside the United States Capitol building on January 6, 2021. In this video, a man matching the above photographs of EVANS is observed climbing through a broken window of the Capitol building at approximately 3:00 p.m. He is wearing the same distinctive yellow cap, olive green jacket or sweatshirt, backpack straps, and other recognizable clothing as shown in the Facebook video referenced above. This individual then proceeds to spend approximately 20 minutes walking around inside the building before exiting. EVANS is also seen using a cellular telephone and carrying a megaphone while inside the building. Your affiant has spoken with United States Capitol Police who have confirmed that EVANS was not authorized to be in the Capitol during the time of the captured footage.

Your affiant submits the below pictures, taken from screenshots of the CCTV footage. Your affiant has confirmed with the Agents who attempted to interview EVANS that the individual observed in the CCTV footage matches the person they attempted to interview.



EVANS climbing through broken window.



EVANS inside the United States Capitol



EVANS appearing to take a video of himself from a cellular telephone



EVANS appearing to utilize a cellular telephone and megaphone in the Crypt of the Capitol

Based on the foregoing, your affiant submits that there is probable cause to believe that EVANS violated 18 U.S.C. § 1512(c)(2), which makes it a crime to corruptly otherwise obstruct, influence, or impede any official proceeding, or to attempt to do so, or to conspire to do so. Congressional proceedings are official proceedings under 18 U.S.C. § 1515(a)(1)(B).

Your affiant submits there is also probable cause to believe that EVANS violated 18 U.S.C. § 1752(a)(1) and (2), which makes it a crime to (1) knowingly enter or remain in any restricted building or grounds without lawful authority to do; and (2) knowingly, and with intent to impede or disrupt the orderly conduct of Government business or official functions, engage in disorderly or disruptive conduct in, or within such proximity to, any restricted building or grounds when, or so that, such conduct, in fact, impedes or disrupts the orderly conduct of Government business or official functions. For purposes of Section 1752 of Title 18, a "restricted building" includes a posted, cordoned off, or otherwise restricted area of a building or grounds where the President or other person protected by the Secret Service, including the Vice President, is or will be temporarily visiting; or any building or grounds so restricted in conjunction with an event designated as a special event of national significance.

Your affiant submits there is also probable cause to believe that EVANS violated 40 U.S.C. § 5104(e)(2)(D) and Robert (G), which makes it a crime to willfully and knowingly (D) utter loud, threatening, or abusive language, or engage in disorderly or disruptive conduct, at any place in the Grounds or in any of the Capitol Buildings with the intent to impede, disrupt, or disturb the orderly conduct of a session of Congress or either House of Congress, or the orderly conduct in that building of a hearing before, or any deliberations of, a committee of Congress or either House of Congress; and (G) parade, demonstrate, or picket in any of the Capitol Buildings.

Special Agent Robert Mayo
Federal Bureau of Investigation

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone, this 24th day of February, 2021.

ZIA M. FARUQUI
U.S. MAGISTRATE JUDGE

FILED

MAR 0 4 2021

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

| | | |
|---|---|---|
| USA | § | |
|    *Plaintiff* | § | |
| | § | |
| vs. | § | Case Number: SA:21-MJ-00234(1) |
| | § | |
| (1) Treniss Jewell Evans III | § | |
|    *Defendant* | | |

# ORDER SETTING IDENTITY/PRELIMINARY/BOND STATUS HEARING

IT IS HEREBY ORDERED that the above entitled and numbered case is set for **10:00 AM, in Courtroom C, on the 4th Floor in the John H. Wood, Jr. United States Courthouse, 655 East Cesar E. Chavez Boulevard, San Antonio, TX on Friday, March 19, 2021**.

IT IS FURTHER ORDERED that the Clerk of Court shall send a copy of this order to the defendant, counsel for defendant, the United States Attorney, U.S. Pretrial Services, United States Probation Office. Further, counsel for the defendant shall notify the defendant of this setting. If the defendant is on bond, he/she shall be present.

IT IS SO ORDERED this **4th day of March, 2021.**

**HENRY J. BEMPORAD**
**UNITED STATES MAGISTRATE JUDGE**

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| *Plaintiff,* | § | |
| | § | No.: SA:21-M -00234(1) HJB |
| vs. | § | |
| | § | REF: 1:21-MJ-00258 |
| (1) TRENISS JEWELL EVANS III | § | |
| *Defendant* | § | |

## WAIVER OF RULE 5 & 5.1 HEARINGS
### (Excluding Probation Cases)

I, _____ (1) TRENISS JEWELL EVANS III _____ understand that in the
_____ USDC District of Columbia _____ charges are pending
alleging violation of ___ 18:1512(c)(2)&2; 18:1752(a)(1)&(2); 40:5104(e)(2)(D)&(G) ___

and that I have been arrested in this district and taken before a United States Magistrate, who informed me of the charge and of my right to:

(1) retain counsel or request the assignment of counsel if I am unable to retain counsel: (2) an identity hearing to determine whether I am the person named in the charge(s); (3) a preliminary hearing (unless an indictment has been returned or an information filed) to determine whether there is probable cause to believe an offense has been committed by me, the hearing to be held in this district or the district of prosecution; (4) request transfer of the proceedings to this district under Federal Rule of Criminal Procedure 20, in order to plead guilty.

I HEREBY WAIVE (GIVE UP) MY RIGHT TO A(N):

( ) Identity Hearing.

( ) Preliminary Hearing.

( ) Detention Hearing

( ) Identity Hearing and I have been informed I have no right to a preliminary examination.

( ) Identity Hearing but request a preliminary and/or detention hearing be held in the prosecuting district and therefore, consent to the issuance of an order requiring my appearance in the prosecuting district where the charge is pending against me.

_____
**(1) TRENISS JEWELL EVANS III,** *Defendant*

_____
*Date*

_____
**Robbie L. Ward**
*Counsel for Defendant*

13



WD-TX/AO 199A (Rev. 5/2001) Order Setting Conditions of Release

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## SAN ANTONIO DIVISION

FILED

MAR 0 4 2021

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

USA

vs.

(1) Treniss Jewell Evans III
*Defendant*

§
§
§
§
§

**ORDER SETTING CONDITIONS OF RELEASE**
**OF DEFENDANT OR MATERIAL WITNESS**

Case Number:  SA:21-M -00234(1)

IT IS ORDERED that the release of the defendant/material witness is subject to the following conditions:

(1) The defendant/material witness shall not commit any offense in violation of federal, state or local law while on release in this case. The defendant/material witness shall report as soon as possible, to Pretrial Services or supervising officer, any contact with any law enforcement personnel including, but not limited to, any arrest, questioning, or traffic stop.

(2) The defendant/material witness shall immediately advise the court, defense counsel and the U.S. Attorney in writing before any change in address and telephone number.

(3) The defendant/material witness shall appear at all proceedings as required and shall surrender for service of any sentence imposed as directed. The defendant/material witness shall appear at (if blank, to be notified)

U.S. Courthouse,  Courtroom A, 655 East Cesar E. Chavez Boulevard, SAN ANTONIO, Texas
*Place*

on _____
*Date and Time*

### Release on Personal Recognizance or Unsecured Bond

IT IS FURTHER ORDERED that the defendant/material witness be released provided that:

(   ) (4) The defendant/material witness promises to appear at all proceedings as required and to surrender for service of any sentence imposed.

( X ) (5) The defendant/material witness executes an unsecured bond binding the defendant/material witness to pay the United States the sum of **TEN THOUSAND** dollars ($ **10,000.00** ) in the event of a failure to appear as required or to surrender as directed for service of any sentence imposed.

### Additional Conditions of Release

Upon finding that release by one of the above methods will not by itself reasonably assure the appearance of the defendant/material witness and the safety of other persons and the community, it is FURTHER ORDERED that the release of the defendant/material witness is subject to the conditions marked below:

(   ) (6) The defendant/material witness is placed in the custody of:
(Name of person or organization) _____
(Address) _____
(City and state) _____ (Phone) _____

who agree (a) to supervise  the defendant/material witness  in accordance with all the conditions of release, (b) to use every effort  to assure the appearance of the defendant/material witness at all scheduled court proceedings, and (c) to notify the court immediately in the event the defendant/material witness violates any conditions of release or disappears.

Signed: _____   _____
*Custodian or Proxy*                              *Date*

Signed: _____   _____
*Custodian or Proxy*                              *Date*

DISTRIBUTION:      COURT      DEFENDANT/MATERIAL WITNESS      U.S. MARSHAL

WD-TX/AO199B(Rev 5/2018)  Additional Conditions of Release

## ADDITIONAL CONDITIONS OF RELEASE (cont.)

(X) (7) The defendant/material witness must:

(X) (a) report to Pretrial Services as directed.
(X) (b) report to the _____
     telephone number (210) 788-5618 , no later than for weekly reporting _____
(X) (c) execute a bond or an agreement to forfeit upon failing to appear as required the following sum of money or designated property:
     **$10,000 unsecured bond**
( ) (d) post with the court the following indicia of ownership of the above-described property, or the following amount or percentage of the
     above-described: _____
( ) (e) execute a bail bond with solvent sureties in the amount of $ _____
( ) (f) maintain or actively seek verifiable employment.
( ) (g) maintain or start an education program.
(X) (h) surrender any passport to Pretrial Services as directed or: _____
( ) (i) not obtain a passport or other international travel document.
(X) (j) abide by the following restrictions on personal association, residence, or travel: **Reside at an address pre-approved by Pretrial Services. Travel restricted to the continental United States. No travel to the District of Columbia unless for court appearances. Must notify Pretrial Services for any travel outside of the Western District of Texas.**
( ) (k) avoid all contact, directly or indirectly, with any person who is or may be a victim or witness in the investigation or prosecution, including: _____
( ) (l) obtain medical or psychiatric treatment and/or remain in an institution as follows: _____
( ) (m) return to custody each _____ at _____ o'clock after being released at _____ o'clock for employment, schooling, or the following purposes: _____
( ) (n) reside at a halfway house or community corrections center, as designated by Pretrial Services; abide by all conditions and requirements of the facility until terminated by the facility director or Pretrial Services; and remain in custody until space becomes available, and the Appearance Bond is signed; or, if a material witness, reside with a third party custodian as approved by Pretrial Services, in lieu of residing at a community corrections facility or halfway house.
( ) (o) refrain from possessing a firearm, destructive device, or other dangerous weapon.
( ) (p) refrain from ( ) any ( ) excessive use of alcohol.
( ) (q) refrain from use or unlawfully possession of a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner.
( ) (r) submit to substance abuse treatment which may include evaluation and testing, education, inpatient or outpatient treatment and/or participation in support groups such as Alcoholics or Narcotics Anonymous (AA/NA).
( ) (s) at the discretion of the Pretrial Services, submit to substance abuse treatment which may include evaluation, testing, education, in-patient or out-patient treatment, and/or participation in support groups (such as AA/NA).
( ) (t) submit to testing for a prohibited substance if required by the Pretrial Services office or supervising officer. Testing may be used with random frequency and may include urine testing, the wearing of a sweat patch, a remote alcohol testing system, and/or any form of prohibited substance screening or testing. The defendant must not obstruct, attempt to obstruct, or tamper with the efficiency and accuracy of prohibited substance screening or testing.
( ) (u) have installed on your vehicle an ignition interlock system as directed by Pretrial Services; drive no other vehicle while on pretrial release; abide by all conditions and requirements of the ignition interlock system program; and not disconnect the ignition interlock system without prior permission from Pretrial Services.
( ) (v) participate in one of the following **Location Monitoring Programs** and comply with the requirements of the program which will ( ) or will not ( ) include wearing a tracking device or other form of location verification system:
     **( ) At the discretion of Pretrial Services (PTS); ( ) Global Positioning System (GPS); ( ) Radio Frequency Monitoring (RF); ( ) Voice Recognition (VR);**
     Location verification systems require that you maintain a telephone (land line) at your residence without any special features such as "call waiting, call forwarding, or caller ID". Cordless phones are not permitted, unless approved by the Pretrial Services Officer.
     ( ) (i) **Curfew.** You are restricted to your residence everyday ( ) from _____ to _____, or ( ) as directed by the Pretrial Services Office or supervising officer; or
     ( ) (ii) **Home Detention.** You are restricted to your residence at all times except for employment; education; religious services; medical, substance abuse, or mental health treatment; attorney visits; court appearances; court-ordered obligation; or other activities approved in advance by the Pretrial Services office or supervising officer; or
     ( ) (iii) **Home Incarceration.** You are restricted to 24-hour-a-day lock-down at your residence except for medical necessities and court appearances or other activities specifically approved by the court.
( ) (w) **Stand Alone Monitoring (SAM):** Requires the use of Global Positioning System (GPS) tracking to monitor and enforce any other condition(s) of release (e.g., travel restrictions)  **Note: Not recommended for high risk defendants**
( ) (x) the following person(s) sign as ( ) surety on the Appearance Bond: _____
( ) (y) _____

15

(8) IT IS FURTHER ORDERED that the defendant/material witness shall be responsible for any costs of participation in court-ordered programs based on his/her ability to pay as determined by Pretrial Services, and make timely payment if required by any "Order Directing Payment of Attorney's Fees."

(9) IT IS FURTHER ORDERED that if the Court has ordered herein any testing, such as substance testing, or monitoring, such as electronic monitoring, the defendant/material witness shall refrain from obstructing or attempting to obstruct or tamper in any fashion with the efficiency and accuracy of such testing and devices.

## Advice of Penalties and Sanctions

A violation of any of the foregoing conditions of release may result in the immediate issuance of a warrant for your arrest, a revocation of release, an order of detention, and a prosecution for contempt of court and could result in a term of imprisonment, a fine or both.

The commission of a Federal offense while on pretrial release will result in an additional sentence of a term of imprisonment of not more than ten years, if the offense is a felony; or a term of imprisonment of not more than one year, if the offense is a misdemeanor. This sentence shall be in addition to any other sentence.

Federal law makes it a crime punishable by up to 10 years of imprisonment, and a $250,000 fine or both to obstruct a criminal investigation. It is a crime punishable by up to ten years of imprisonment, and a $250,000 fine or both to tamper with a witness, victim or informant; to retaliate or attempt to retaliate against a witness, victim or informant; or to intimidate or attempt to intimidate a witness, victim, juror, informant, or officer of the court. The penalties for tampering, retaliation, or intimidation are significantly more serious if they involve a killing or attempted killing.

If after release, you knowingly fail to appear as required by the conditions of release, or to surrender for the service of sentence, you may be prosecuted for failing to appear or surrender and additional punishment may be imposed. If you are convicted of:

## DEFENDANTS:

If after release, you knowingly fail to appear as required by the conditions of release, or to surrender for the service of sentence, you may be prosecuted for failing to appear or surrender and additional punishment may be imposed. If you are convicted of:

(1) an offense punishable by death, life imprisonment, or imprisonment for a term of 15 years or more, you shall be fined not more than $250,000 or imprisoned for not more than 10 years, or both.

(2) an offense punishable by imprisonment for a term of five years or more, but less than 15 years or more, you shall be fined not more than $250,000 or imprisoned for not more than five years, or both;

(3) any other felony, you shall be fined not more than $250,000 or imprisoned not more than two years, or both;

(4) a misdemeanor, you shall be fined not more than $100,000 or imprisoned not more than one year, or both.

## MATERIAL WITNESSES:

If after release, you knowingly fail to appear as required by the conditions of release, you may be prosecuted for failing to appear and may be fined not more than $100,000 and imprisoned not more than one year, or both.

A term of imprisonment imposed for failure to appear or surrender shall be in addition to the sentence for any other offense. In addition, a failure to appear or surrender may result in the forfeiture of any bond posted.

## Acknowledgement of Defendant/Material Witness

I acknowledge that I am the defendant/material witness in this case and that I am aware of the conditions of release. I promise to obey all conditions of release, to appear as directed, and to surrender for service of any sentence imposed. I am aware of the penalties and sanctions set forth above.

### AGREED, IF APPLICABLE

X _____

Signature of Defendant/Material Witness

_____
Assistant U.S. Attorney

_____
Attorney for Defendant/Material Witness

AS APPROVED BY THE COURT

_____
Address

_____      _____
City and State             Telephone

_____
Social Security Number

_____
Date of Birth

## Directions to United States Marshal

( X ) The defendant/material witness is ORDERED released after processing.

(   ) The United States Marshal is ORDERED to keep the defendant/material witness in custody until notified by the clerk or judicial officer that the defendant has posted bond and/or complied with all other conditions for release. The defendant/material witness shall be produced before the appropriate judicial officer at the time and place specified, if still in custody.

3/4/2021
_____
Date

HENRY J. BEMPORAD
UNITED STATES MAGISTRATE JUDGE

(8) IT IS FURTHER ORDERED that the defendant/material witness shall be responsible for any costs of participation in court-ordered programs based on his/her ability to pay as determined by Pretrial Services, and make timely payment if required by any "Order Directing Payment of Attorney's Fees."

(9) IT IS FURTHER ORDERED that if the Court has ordered herein any testing, such as substance testing, or monitoring, such as electronic monitoring, the defendant/material witness shall refrain from obstructing or attempting to obstruct or tamper in any fashion with the efficiency and accuracy of such testing and devices.

### Advice of Penalties and Sanctions

A violation of any of the foregoing conditions of release may result in the immediate issuance of a warrant for your arrest, a revocation of release, an order of detention, and a prosecution for contempt of court and could result in a term of imprisonment, a fine or both.

The commission of a Federal offense while on pretrial release will result in an additional sentence of a term of imprisonment of not more than ten years, if the offense is a felony; or a term of imprisonment of not more than one year, if the offense is a misdemeanor. This sentence shall be in addition to any other sentence.

Federal law makes it a crime punishable by up to 10 years of imprisonment, and a $250,000 fine or both to obstruct a criminal investigation. It is a crime punishable by up to ten years of imprisonment, and a $250,000 fine or both to tamper with a witness, victim or informant; to retaliate or attempt to retaliate against a witness, victim or informant; or to intimidate or attempt to intimidate a witness, victim, juror, informant, or officer of the court. The penalties for tampering, retaliation, or intimidation are significantly more serious if they involve a killing or attempted killing.

If after release, you knowingly fail to appear as required by the conditions of release, or to surrender for the service of sentence, you may be prosecuted for failing to appear or surrender and additional punishment may be imposed. If you are convicted of:

### DEFENDANTS:

If after release, you knowingly fail to appear as required by the conditions of release, or to surrender for the service of sentence, you may be prosecuted for failing to appear or surrender and additional punishment may be imposed. If you are convicted of:

(1) an offense punishable by death, life imprisonment, or imprisonment for a term of 15 years or more, you shall be fined not more than $250,000 or imprisoned for not more than 10 years, or both;

(2) an offense punishable by imprisonment for a term of five years or more, but less than 15 years or more, you shall be fined not more than $250,000 or imprisoned for not more than five years, or both;

(3) any other felony, you shall be fined not more than $250,000 or imprisoned not more than two years, or both;

(4) a misdemeanor, you shall be fined not more than $100,000 or imprisoned not more than one year, or both.

### MATERIAL WITNESSES:

If after release, you knowingly fail to appear as required by the conditions of release, you may be prosecuted for failing to appear and may be fined not more than $100,000 and imprisoned not more than one year, or both.

A term of imprisonment imposed for failure to appear or surrender shall be in addition to the sentence for any other offense. In addition, a failure to appear or surrender may result in the forfeiture of any bond posted.

### Acknowledgement of Defendant/Material Witness

I acknowledge that I am the defendant/material witness in this case and that I am aware of the conditions of release. I promise to obey all conditions of release, to appear as directed, and to surrender for service of any sentence imposed. I am aware of the penalties and sanctions set forth above.

**AGREED, IF APPLICABLE**

X _____

*Signature of Defendant/Material Witness*

AS APPROVED BY THE COURT

_____
*Assistant U.S. Attorney*

*Address*

_____
*Attorney for Defendant/Material Witness*

*City and State*                    *Telephone*

*Social Security Number*

*Date of Birth*

### Directions to United States Marshal

( X )   The defendant/material witness is ORDERED released after processing.

(   )   The United States Marshal is ORDERED to keep the defendant/material witness in custody until notified by the clerk or judicial officer that the defendant has posted bond and/or complied with all other conditions for release. The defendant/material witness shall be produced before the appropriate judicial officer at the time and place specified, if still in custody.

_____3/4/2021_____
*Date*

_____
HENRY J. BEMPORAD
UNITED STATES MAGISTRATE JUDGE

AO 98 (Rev. 12/11) Appearance Bond

FILED

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## SAN ANTONIO DIVISION

MAR 0 4 2021

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

| | |
|---|---|
| USA | § |
| | § |
| vs. | §     Case Number: SA:21-M -00234(1) |
| | § |
| (1) Treniss Jewell Evans III | § |
|    *Defendant* | |

## APPEARANCE BOND

### Defendant's Agreement

I **(1) Treniss Jewell Evans III** *(defendant),* agree to follow every order of this court, or any court that considers this case, and I further agree that this bond may be forfeited if I fail:

> [X]    to appear for court proceedings;
> [X]    if convicted, to surrender to serve a sentence that the court may impose; or;
> [X]    to comply with all conditions set forth in the Order Setting Conditions of Release.

### Type of Bond

[ ]    (1)    This is a personal recognizance bond.

[X]    (2)    This is an unsecured bond of $ 10,000.00      .

[ ]    (3)    This is a secured bond of $ _____ , secured by:

> [ ]    (a)    $ _____ , in case deposited with the court.

> [ ]    (b)    the agreement of the defendant and each surety to forfeit the following cash or other property *(describe the cash or other property, including claims on it - such as a lien, mortgage, or loan - and attach proof of ownership and value):*
> _____
> _____
> _____

> If this bond is secured by real property, documents to protect the secured interest may be filed of record.

> [ ]    (c)    a bail bond with a solvent surety *(attach a copy of the bail bond, or describe it and identify the surety):*
> _____
> _____
> _____

### Forfeiture or Release of the Bond

*Forfeiture of the Bond.* This appearance bond may be forfeited if the defendant does not comply with the above agreement. The court may immediately order the amount of the bond surrendered to the United States, including the security for the bond, if the defendant does not comply with the agreement. At the request of the United States, the court may order a judgment of forfeiture against the defendant and each surety for the entire amount of the bond, including interest and costs.

18

AO 98 (Rev. 12/11) Appearance Bond

*Release of the Bond..* The court may order this appearance bond ended at any time. This bond will be satisfied and the security will be released when either: (1) the defendant is found not guilty on all charges, or (2) the defendant reports to serve a sentence.

### Declarations

*Ownership of the Property.* I, the defendant -- and each surety -- declare under penalty of perjury that:

    (1)    all owners of the property securing this appearance bond are included on the bond;
    (2)    the property is not subject to claims, except as described above; and
    (3)    I will not sell the property, allow further claims to be made against it, or do anything to reduce its value while this appearance bond is in effect.

*Acceptance.* I, the defendant – and each surety – have read this appearance bond and have either read all the conditions of release set by the court or had them explained to me. I agree to this Appearance Bond.

I, the defendant – and each surety – declare under penalty of perjury that this information is true. (See 28 U.S.C.§ 1746.)

Date:   **03/04/2021**

X   _____
                *Defendant's signature*

_____
*Surety property owner – printed name*

_____
*Surety property owner – signature and date*

_____
*Surety property owner – printed name*

_____
*Surety property owner – signature and date*

_____
*Surety property owner – printed name*

_____
*Surety property owner – signature and date*

*CLERK OF COURT*

Date:   **03/04/2021**

_____
      *Signature of Clerk or Deputy Clerk*

Approved.

Date:   **03/04/2021**

_____
          *Judge's signature*

AO 98 (Rev. 12/11) Appearance Bond

*Release of the Bond..*  The court may order this appearance bond ended at any time.  This bond will be satisfied and the security will be released when either: (1) the defendant is found not guilty on all charges, or (2) the defendant reports to serve a sentence.

## Declarations

*Ownership of the Property.*  I, the defendant – and each surety – declare under penalty of perjury that:

(1)  all owners of the property securing this appearance bond are included on the bond;

(2)  the property is not subject to claims, except as described above; and

(3)  I will not sell the property, allow further claims to be made against it, or do anything to reduce its value while this appearance bond is in effect.

*Acceptance.*  I, the defendant – and each surety – have read this appearance bond and have either read all the conditions of release set by the court or had them explained to me.  I agree to this Appearance Bond.

I, the defendant – and each surety – declare under penalty of perjury that this information is true.  (See 28 U.S.C.§ 1746.)

Date:  **03/04/2021**

X _____
*Defendant's signature*

_____
*Surety/property owner – printed name*

_____
*Surety/property owner – signature and date*

_____
*Surety/property owner – printed name*

_____
*Surety/property owner – signature and date*

_____
*Surety/property owner – printed name*

_____
*Surety/property owner – signature and date*

*CLERK OF COURT*

Date:  **03/04/2021**

_____
*Signature of Clerk or Deputy Clerk*

Approved.

Date:  **03/04/2021**

_____
*Judge's signature*

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| *Plaintiff,* | § | |
| | § | No.: SA:21-M -00234(1)  HJB |
| vs. | § | |
| | § | REF: 1:21-MJ-0258 |
| (1) TRENISS JEWELL EVANS III | § | |
| *Defendant* | § | |

**WAIVER OF RULE 5 & 5.1 HEARINGS**
**(Excluding Probation Cases)**

I, _____ (1) TRENISS JEWELL EVANS III _____ understand that in the
_____ USDC District of Columbia _____ charges are pending
alleging violation of _____ 18:1512(c)(2)&2; 18:1752(a)(1)&(2); 40:5104(e)(2)(D)&(G) _____

and that I have been arrested in this district and taken before a United States Magistrate, who informed me of the charge and of my right to:

(1) retain counsel or request the assignment of counsel if I am unable to retain counsel: (2) an identity hearing to determine whether I am the person named in the charge(s); (3) a preliminary hearing (unless an indictment has been returned or an information filed) to determine whether there is probable cause to believe an offense has been committed by me, the hearing to be held in this district or the district of prosecution; (4) request transfer of the proceedings to this district under Federal Rule of Criminal Procedure 20, in order to plead guilty.

I HEREBY WAIVE (GIVE UP) MY RIGHT TO A(N):

(✓)   Identity Hearing.

(✓)   Preliminary Hearing.

(   )   Detention Hearing

(   )   Identity Hearing and I have been informed I have no right to a preliminary examination.

(   )   Identity Hearing but request a preliminary and/or detention hearing be held in the prosecuting district and therefore, consent to the issuance of an order requiring my appearance in the prosecuting district where the charge is pending against me.

_____ 3/12/21 _____
*Date*

_____
(1) TRENISS JEWELL EVANS III, *Defendant*

_____
Robbie L. Ward
*Counsel for Defendant*

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## SAN ANTONIO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | CRIMINAL NO. SA-21-MJ-0234-HJB |
| | § | |
| TRENISS JEWELL EVANS, III | § | |
| | § | |
| Defendant. | § | |

## <u>NOTICE OF ATTORNEY APPEARANCE</u>

The Clerk of the above Court will please note the appearance of the undersigned as co-counsel for the Plaintiff, United States of America, in the above-captioned case. It is requested that service of copies of all notices, pleadings and other papers be effected upon the United States Attorney for the Western District of Texas, addressed as follows:

> Mark T. Roomberg
> Assistant United States Attorney
> 601 N.W. Loop 410, Suite 600
> San Antonio, Texas 78216

> Respectfully submitted,

> ASHLEY C. HOFF
> United States Attorney

By: _____/s/_____

> MARK T. ROOMBERG
> Assistant United States Attorney
> State Bar No. 24062266
> 601 N.W. Loop 410, Suite 600
> San Antonio, TX 78216
> Tel: (210) 384-7150

## CERTIFICATE OF SERVICE

I hereby certify that on the 16th day of March 2021, I electronically filed the foregoing with the Clerk of court using the CM/ECF system which will send notification of such filing to the Attorney of Record.

_____/s/_____

MARK T. ROOMBERG
United States Attorney
